IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEFFERY LEWIS, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-CV-00023-MTT-CHW |
| | * |
| JOHN AND JANE DOE, | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 25, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 26th day of January, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk